**Bertha Dressel et al., appellants, v. L. R. McKinley, appellee.**

Heard in this court at the October term, 1928.  Opinion filed February 1, 1929.

Eugene W. Kreitner, for appellants.  P. K. Johnson, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

**George Albrecht et al., plaintiffs in error, v. August Lohse et al., defendant in error.**

Heard in this court at the October term, 1928.  Opinion filed February 1, 1929.

Robert Ferdinand Tunnell, for plaintiffs in error.  Barnett, Wilson & Tichenor and Warnock, Williamson & Burroughs, for defendant in error.

Mr. Presiding Justice Barry delivered the opinion of the court.

**N. C. Gochenour, Trustee, etc., appellee, v. The Farmers and Merchants State Bank et al., appellants.**

Heard in this court at the October term, 1928.  Opinion filed February 1, 1929.

Holt & Holt, for appellants.  John A. Matheny and Wm. M. Albert, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

**S. E. Phelan, appellee, v. Zwick Mercantile Co., appellant.**

Heard in this court at the October term, 1928.  Opinion filed February 1, 1929.

H. F. Knox, for appellant.  William H. Hart, William W. Hart and Marion M. Hart, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

**Belleville Bank & Trust Company, administrator, etc., appellee, v. Biebel Roofing Company et al., appellant.**

Heard in this court at the October term, 1928.  Opinion filed February 1, 1929.

P. C. Otwell and P. K. Johnson, for appellants.  Clyde D. Miller, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.